COURT OF APPEAL, FIRST CIRCUIT
STATE OF LOUISIANA

RE:  Docket Number:  2020 KA 0225

State Of Louisiana

Versus

Joseph Valchez Laue

22nd Judicial District Court
Case Number 581152
St. Tammany Parish

On Application for Rehearing filed on  01/13/2021

Rehearing _Denied_____

_____
John Michael Guidry

_____
Page McClendon

_____
Walter I. Lanier III

Filed ___AUG 0 2 2021_____

_____
Rodd Naquin, Clerk